UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUIS MUNUZURI HARRIS,
    Plaintiff,

vs.                                            Case No.:  3:23cv10297/LAC/ZCB

KENA FORRESTER-TROUPE, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 18, 2023.  (Doc. 10).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this order.

2.    The Plaintiff's request for "emergency" injunctive relief, construed as a motion for a preliminary injunction, (Doc. 1 at 12) is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 18th day of August, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**