UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUIS MUNUZURI HARRIS,
    Plaintiff,

vs.                                  Case No.: 3:23cv10297/LAC/ZCB

KENA FORRESTER-TROUPE, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 20, 2024. (Doc. 71). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the Report and of Plaintiff's timely filed objections.

Upon consideration, I have determined the Report and Recommendation should be adopted. Regarding the basis of the Recommendation, it is worth noting Plaintiff's assertion that he filed a supplement with the Court that identified the cases he failed to report in his initial and amended complaints. Evidently, the Court did not receive nor file that supplement, but more importantly, by Plaintiff's own admission, he did not mail the supplement to the Court until after Defendants had filed their motions to dismiss, bringing to light Plaintiff's earlier failure to

1

report all of his previous cases. This does not excuse Plaintiff's lack of candor with the Court.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 71) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** as malicious and abuse of the judicial process for Plaintiff's failure to fully disclose his litigation history under 28 U.S.C. § 1915A(b)(1).

3. All pending motions are **DENIED as moot**.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE and ORDERED** on this 9th day of July, 2024.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge
